# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0402

VERSUS

WENDELL THOMPSON                                      **JUNE 21, 2021**

---

In Re:    Wendell Thompson, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 02-
          CR8-86387.

---

**BEFORE:    GUIDRY, McDONALD, AND McCLENDON, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the bill of information or indictment, the commitment
order, all pertinent minute entries, guilty plea and sentencing
transcripts, and any other portions of the district court record
that might support the claims raised in the writ application.
Supplementation of this writ application and/or an application
for rehearing will not be considered. See Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event
relator elects to file a new application with this court, the
application must be filed on or before August 17, 2021. Any
future filing on this issue should include the entire contents
of this application, the missing items noted above, and a copy
of this ruling.

                         **JMG**
                         **JMM**
                         **PMc**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
               FOR THE COURT